United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO:  Judge Watson and Judge Sargus

FROM:  Spencer D. Harris          , Deputy Clerk

DATE:  1/12/24

SUBJECT:  Case Caption:  USA v. Jonathan E. Leon, II

CASE:  Case Number:  2:24-CR-006

DISTRICT JUDGE:  Judge Watson

File Date:  1/11/2024

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:  **USA v. Groce, et al.,**

Case Number:  **2:15-CR-239 (01, 02)**     District Judge:  **Sargus**

File Date:  **10/22/2015**     Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     **Spencer D. Harris**
as follows:

**Judges' Response:**

☐     We agree that the cases are **not** related and that the subject case should remain
       with the Judge to whom it is assigned.

☐     We agree that the cases **are** related and that the subject case should be
       transferred to the docket of Judge _____ *Sargus* _____

☐     We agree that although the cases **are** related, the subject case nevertheless should
       remain with the Judge to whom it was assigned.

☐     We are unable to agree and will accept any decision made by the Chief Judge.

☐     I am the Judge on both/all of the listed cases and have determined that the cases
       are **not** related.

☐     I am the Judge on both/all of the listed cases and have determined that the cases
       **are** related and they shall both/all remain on my docket.

☐     Other Direction of Judge: _____

_____
United States District Judge

s/Edmund A. Sargus, Jr. 1/17/24
_____
United States District Judge

_____
United States District Judge

cc:  Courtroom Deputies

*Revised 9/14/2012*